IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Price, Raymoutez L. | ) | Case No. 20-10008 |
| | ) | |
| Debtor(s). | ) | |

## NOTICE OF MOTION

     PLEASE TAKE NOTICE that on September 21, 2020, at 1:00 p.m., I will appear before the Honorable Timothy A. Barnes, or any Judge sitting in that Judge's place, and present the Trustee's Motion to Dismiss Per Local Rule 2002-1, a copy of which is attached.

     **This motion will be presented and heard telephonically.** No personal appearance in Court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.CourtSolutions.com or by calling Court Solutions at (917) 746-7476.

     **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the Court may grant the motion in advance without a hearing.

                                                    By:  /s/ Phillip D. Levey
                                                            Chapter 7 Trustee

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614
(773) 348-9682

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              )
                                    )
Price, Raymoutez L.                 )        Case No. 20-10008
                                    )
         Debtor(s).                 )

### TRUSTEE'S MOTION TO DISMISS
### PER LOCAL RULE 2002-1

Phillip D. Levey, trustee herein, respectfully represents as follows:

1. That movant is the duly appointed, qualified and acting interim trustee of this Chapter 7 estate.

2. That the debtor failed to appear for examination at the continued first meeting of creditors in this matter to testify, as required by 11 U.S.C. §343, concerning his unscheduled pre-petition disposition of a substantial recovery from the settlement of a personal injury action.

3. That movant has been advised by debtor's counsel that attempts to contact the debtor have not been successful and his telephone has been disconnected.

4. That movant therefore recommends that this case be dismissed instanter and any discharge previously entered herein be vacated instanter.

Wherefore, applicant prays for the entry of an order vacating any discharge previously entered, dismissing this case, and for such other and further relief as may be appropriate.

                              /s/ Phillip D. Levey
                              Trustee

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614
(773) 348-9682