UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  20-10008 |
| Price, Raymoutez L. | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER OF DISMISSAL

On the motion to dismiss of the trustee, Phillip D. Levey, due notice having been given, it is

ORDERED, that this case is hereby dismissed.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated:  September 21, 2020

**Prepared by:**

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL  60614
773-348-9682